**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00206-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATHEW M. ZUCKERMAN, and
2. SANDRA J. ZUCKERMAN,
      a/k/a Sandra Jean Cullen,
      a/k/a Sandra J. Eberli,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Stipulation For Disclosure of Tax Information and Grand Jury Materials Under Specified Conditions To The Attorney For The Defendants, and For a Protective Order Regarding Discovery** [#46][1] filed July 9, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved; that an order for disclosure of grand jury materials and a protective order regarding discovery should be entered.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Stipulation For Disclosure of Tax Information and Grand Jury Materials Under Specified Conditions To The Attorney For The Defendants, and For a Protective Order Regarding Discovery** [#46] filed July 9, 2012, is **APPROVED**; and

    2. That the attorney for the government is authorized to disclose to the attorney for the

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

defendants tax return information and grand jury material, the use of which is limited as follows:

a. Defense counsel shall make only such copies as are necessary to prepare a defense of the criminal case;

b. Defense counsel shall keep a written record concerning how many copies were made, to whom the copies were delivered, and the date of the delivery;

c. Defense counsel, when delivering those copies, shall also deliver to the recipients a copy of any Order permitting the disclosure;

d. Defense counsel shall provide the defendants with reasonable access to the tax and grand jury materials, but that defense counsel not allow the defendants to retain copies of any tax or grand jury materials, with the sole exception that the defendants may retain copies of their own tax returns;

e. No person, other than defense counsel, shall make any copy of the tax or grand jury materials for any purpose; and

f. At the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect all such copies and destroy them.

Dated July 10, 2012, at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge